# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00548-CV
## NO. 03-25-00640-CV

**Jaime Mendez Cuellar, Appellant**

**v.**

**Lorie Davis, Director, Texas Department of Criminal Justice, Appellee**

### FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-008910, THE HONORABLE MAYA GUERRA GAMBLE, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

The above-referenced docket numbers both arise from the same trial-court cause number and the same notice of appeal of the same judgment. On its own motion, the Court consolidates for hearing and decision No. 03-25-00548-CV with No. 03-25-00640-CV. All filings in No. 03-25-00548-CV shall be transferred to No. 03-25-00640-CV. The consolidated appeal shall proceed under No. 03-25-00640-CV, and No. 03-25-00548-CV is dismissed.

Before Justices Triana, Kelly, and Theofanis

03-25-00548-CV        Dismissed

03-25-00640-CV        Consolidated

Filed:   September 30, 2025